IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MARYLAND BUILDING INDUSTRY ASSOCIATION, INC., ET AL.** | * <br> * <br> * |
| **Plaintiffs,** | * <br> * |
| V. | * <br> *   CIVIL NO. 8:25-cv-00113-DLB |
| **SERENA COLEMAN McILWAIN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE MARYLAND DEPARTMENT OF THE ENVIRONMENT,** | * <br> * <br> * <br> * <br> * <br> * <br> * |
| **Defendant.** | * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant Serena Coleman McIlwain in her Official Capacity as Secretary of the Maryland Department of the Environment (hereinafter, "the Department"), by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9, and with consent of Plaintiffs, moves that the time in which Defendant must respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief be extended until April 1, 2025, and in support thereof states as follows:

1. On January 13, 2025, Plaintiffs filed a 26-page Complaint against the Department seeking declaratory and injunctive relief under the Energy Policy and Conservation Act ("EPCA"), 42 U.S.C. §§ 6201-6422, against enforcement of Code of

Maryland Regulations ("COMAR") 26.28, entitled Building Energy Performance Standards, which Plaintiffs allege to restrict and penalize EPCA-covered gas appliances through setting net-direct greenhouse gas emissions reduction standards. ECF 1, ¶ 5.

2.  The Department was served with the Complaint on January 31, 2025.

3.  Pursuant to Fed. R. Civ. P. 12(a), the Department must respond to Plaintiffs' Complaint by February 21, 2025.

4.  Since learning of Plaintiffs' Complaint, undersigned counsel has spoken briefly with a small group of Department staff, but responding to Plaintiffs' claims will require in-depth discussions with additional program staff and program leadership. Additionally, the Complaint was filed five days after the opening of the legislative session of the Maryland General Assembly, which is the busiest time of year for the Department and undersigned counsel alike, as it presents a surge of environmental bills that demand careful review and strategic planning.

5.  Plaintiffs' counsel consent to the grant of this extension request.

6.  Neither party will be prejudiced by the grant of this request.

7.  For the foregoing reasons, Defendant needs additional time to respond adequately to the allegations contained in Plaintiffs' Complaint. Defendant requests an extension until April 1, 2025, to file a response.

WHEREFORE, Defendant, with the consent of Plaintiffs, respectfully requests that this Court enter an Order granting its Motion for Extension of Time to Respond to Plaintiffs' Complaint.

Respectfully submitted:


ANTHONY G. BROWN
Attorney General of Maryland


*/s/ Doris N. Lange*
Doris N. Lange
Assistant Attorney General
Federal Bar No.: 19679
Maryland Department of the Environment
1800 Washington Boulevard, Suite 6048
Baltimore, MD 21230
Phone: 410-537-3038
Fax: 410-538-3943
doris.lange@maryland.gov

Michael F. Strande
Assistant Attorney General
Federal Bar No.: 30039
Maryland Department of the Environment
1800 Washington Boulevard, Suite 6048
Baltimore, MD 21230
Phone: 410-537-3421
Fax: 410-538-3943
michael.strande@maryland.gov

*Attorneys for Defendant*

3