IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **MARYLAND BUILDING INDUSTRY ASSOCIATION, INC., ET AL.** | * * * |
| **Plaintiffs,** | * * |
| V. | * * |
| | *    CIVIL NO. 8:25-cv-00113-DLB |
| **SERENA COLEMAN McILWAIN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE MARYLAND DEPARTMENT OF THE ENVIRONMENT,** | * * * * * * * |
| **Defendant.** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### [PROPOSED] ORDER

**UPON CONSIDERATION** of Defendant's Consent Motion for Extension of Time to Respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief, it is this ____ day of _____, 2025, by the U.S. District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion for Extension of Time to Respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief, be and the same is hereby GRANTED, and it is further,

**ORDERED**, that Defendant has until April 1, 2025, to file a response to the Complaint.

 

_____
Honorable Deborah L. Boardman
United States District Judge