**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **MARYLAND BUILDING INDUSTRY** | * | |
| **ASSOCIATION, INC., ET AL.** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **V.** | * | |
| | * | **CIVIL NO. 8:25-cv-00113-DLB** |
| **SERENA COLEMAN McILWAIN,** | * | |
| **IN HER OFFICIAL CAPACITY** | * | |
| **AS SECRETARY OF THE** | * | |
| **MARYLAND DEPARTMENT OF** | * | |
| **THE ENVIRONMENT,** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of Defendant's Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief, it is this _____ day of _____, 2025, by the U.S. District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief, be and the same is hereby GRANTED, and it is further,

**ORDERED**, that Plaintiffs' Complaint for Declaratory and Injunctive Relief is dismissed with prejudice.

_____
Honorable Deborah L. Boardman
United States District Judge