**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MARYLAND BUILDING INDUSTRY ASSOCIATION, INC.,** *et al.*, | * | |
| | * | |
| **Plaintiffs,** | | |
| | * | |
| **v.** | | **Civ. No. DLB-25-113** |
| | * | |
| **SERENA COLEMAN MCILWAIN,** *in her official capacity as Secretary of the Maryland Department of the Environment*, | * | |
| | * | |
| **Defendant.** | | |

**ORDER**

For the reasons stated in the memorandum opinion issued today, it is this 31st day of March, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.  The defendant's motion to dismiss, ECF 49, IS GRANTED;

2.  This case IS DISMISSED with prejudice; and

3.  The Clerk SHALL CLOSE this case.

 

 

_____
Deborah L. Boardman
United States District Judge