**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MARYLAND BUILDING INDUSTRY ASSOCIATION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SERENA COLEMAN MCILWAIN, in her Official Capacity as the Secretary of the Maryland Department of the Environment,<br><br>*Defendant*. | CASE NO. 8:25-CV-00113-DLB |

**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiffs Maryland Building Industry Association, The Building Owners and Managers Association of Greater Baltimore, Inc., NAIOP MD, Inc., NAIOP DC | MD, Inc., Maryland Multi-Housing Association, Inc., Washington Gas Light Company, Leisure World Community Corporation, The Elizabeth Condominium Association, Inc., Promenade Towers Mutual Housing Corporation, The Willoughby of Chevy Chase Condominium Council of Unit Owners, Inc., Columbia Gas of Maryland, Inc., and Apartment and Office Building Association of Metropolitan Washington appeal to the United States Court of Appeals for the Fourth Circuit the order entered in this action on March 31, 2026 (Dkt. 66), the Memorandum Opinion of this Court entered on March 31, 2026 (Dkt. 65), and the Amended Memorandum Opinion entered on April 2, 2026 (Dkt. 67).

Respectfully submitted,

BAKER BOTTS L.L.P.

/s/ Scott Novak_____
Scott Novak (Bar ID: 1736274)
700 K Street N.W.
Washington, D.C. 20001
202.639.1316
scott.novak@bakerbotts.com

J. Mark Little (*pro hac vice*)
910 Louisiana Street
Houston, TX 77098
713.229.1489
mark.little@bakerbotts.com

*Counsel for Maryland Building Industry Association, Inc., The Builders Owners and Managers Association of Greater Baltimore, Inc., NAIOP Maryland, Inc., NAIOP DC | MD, Inc., Washington Gas Light Company, Leisure World Community Corporation, The Elizabeth Condominium Association, Inc., Promenade Towers Mutual Housing Corporation, The Willoughby of Chevy Chase Condominium Council of Unit Owners, Inc., Apartment and Office Building Association of Metropolitan Washington, and Columbia Gas of Maryland, Inc.*

**CERTIFICATE OF SERVICE**

On April 29, 2026, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, District of Maryland, using the electronic case filing system of the court. Service was accomplished through the CM/ECF system.

*/s/ Scott Novak*
Scott Novak